

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2016

No. 04-16-00494-CV

Kenny A. **HINTON** and Eloise Hinton,
Appellants

v.

**NATIONSTAR MORTGAGE LLC**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 11-07-0473-CVW
Honorable Stella Saxon, Judge Presiding

## O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due on or before December 30, 2016. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court